ROCHESTER HAPPY HOUSE, INC., et al., Appellants, v. HAPPY HOUSE SHOPS, INC., Respondent.—

492

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.